IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN JOSEPH HOFFMEISTER, and HOFFMEISTER HOMES, INC. a Nebraska Corporation, | ) ) ) ) | Case No.: 4:23-cv-03094 |
| Plaintiffs, | ) ) ) | STIPULATION AND JOINT MOTION TO DISMISS |
| vs. | ) ) | |
| THE CITY OF SCRIBNER, NEBRASKA, a political subdivision of the State of Nebraska, KENNETH W. THOMAS, in his Official Capacity as Mayor of Scribner, Nebraska, | ) ) ) ) ) ) | |
| Defendants. | ) | |

It is hereby stipulated by and between the parties hereto that the Plaintiffs' Complaint and all claims for relief stated therein against the Defendants be dismissed, with prejudice and with costs taxed to the parties incurring the same.

The parties jointly move that this Stipulation be granted and that an Order be entered accordingly.

Dated this _____ day of March, 2024.

                                                      JOHN JOSEPH HOFFMEISTER, and
                                                      HOFFMEISTER HOMES, INC. a Nebraska
                                                      Corporation, Plaintiffs

                           By:   Mattson Ricketts Law Firm
                                  134 S 13th Street  Suite 1200
                                  Lincoln NE  68508
                                  (402) 485-8433
                                  jcg@mattsonricketts.com

                         By:   */s/ Jacob C. Garbison*
                                  Jacob C. Garbison, # 26789

1

2

        THE CITY OF SCRIBNER, NEBRASKA, a political subdivision of the State of Nebraska, KENNETH W. THOMAS, in his Official Capacity as Mayor of Scribner, Nebraska, Defendants,

By:    Baylor Evnen Wolfe & Tannehill, LLP
        Union Bank Place
        1248 "O" Street, Suite 900
        Lincoln, NE 68508
        (402) 475-1075
        sfoster@baylorevnen.com
        cschmidt@baylorevnen.com

By:    */s/ Susan M. Foster*
        Susan M. Foster, # 24192
        Christopher M. Schmidt, # 26096

4670303