IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN JOSEPH HOFFMEISTER and HOFFMEISTER HOMES, INC., a Nebraska Corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>THE CITY OF SCRIBNER, NEBRASKA, a political subdivision of the State of Nebraska, and KENNETH W. THOMAS, in his official capacity as Mayor of Scribner, Nebraska,<br><br>    Defendants. | 4:23-CV-3094<br><br>JUDGMENT |

  On the parties' stipulation and joint motion to dismiss (filing 31), this case is dismissed with prejudice, costs taxed to the parties incurring them.

  Dated this 26th day of March, 2024.

                BY THE COURT:

                _____
                John M. Gerrard
                Senior United States District Judge